No. 533. FOSTER ET AL. *v.* GENERAL MOTORS CORP. C. A. 7th Cir. Certiorari denied. *Thomas M. Cooley, II,* for petitioners. *Hubert Hickam* and *Thomas M. Scanlon* for respondent.

No. 553. ADAMOWSKI ET AL. *v.* BARD, U. S. DISTRICT JUDGE, ET AL. C. A. 3d Cir. Certiorari denied. *Paul M. Goldstein* and *Herman Moskowitz* for petitioners. *Thomas E. Byrne, Jr.* for Blumberg et al., respondents.

No. 163, Misc. THOMAS *v.* DUFFY, WARDEN. Supreme Court of California. Certiorari denied. *A. J. Zirpoli* for petitioner. *Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Assistant Attorney General, for respondent.

No. 190, Misc. STREWL *v.* McGRATH, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 238, Misc. ADAMS *v.* WATERS, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 241, Misc. HARRIGAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Harold L. Turk* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 252, Misc. SHOTKIN *v.* ATCHISON, TOPEKA & SANTA FE RAILROAD CO. ET AL. Supreme Court of Colorado. Certiorari denied. *Walter F. Dodd* for petitioner.